[No. 63249-3-I.   Division One.   February 22, 2010.]

ALLSTATE INSURANCE COMPANY, *Respondent*, v. LIBERTY
SURPLUS INSURANCE CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 07-2-25931-7, Cheryl B. Carey, J., entered
March 6, 2009. *Reversed* and *remanded* by unpublished
opinion per Ellington, J., concurred in by Dwyer, A.C.J., and
Appelwick, J.

[No. 37305-0-II.   Division Two.   February 23, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER LEE HAIGHT,
*Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 07-1-00047-7, Stephen M. Warning, J., entered
January 30, 2008. *Reversed* and *remanded* by unpublished
opinion per Van Deren, C.J., concurred in by Penoyar, J.;
Hunt, J., dissenting.

[No. 37450-1-II.   Division Two.   February 23, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL GREGORY
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 07-1-00326-6, Robert L. Harris, J., entered
February 20, 2008. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 37547-8-II.   Division Two.   February 23, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBORAH L. CARGO,
*Appellant*.

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 07-1-00403-2, Kenneth D. Williams, J.,
entered April 3, 2008. *Reversed* by unpublished opinion per
Penoyar, A.C.J., concurred in by Houghton, J.; Quinn-
Brintnall, J., dissenting.